## AYERS *v.* AYERS.

*Simmons, C. J.*—This being an application for temporary alimony, founded on a libel for divorce brought by the husband, and the evidence showing that he was a chronic invalid, with a diseased spine, incapable of performing physical labor, without means and out of employment, save only as to a situation in a hotel at nominal wages, which he held more as a matter of charity on the part of the proprietor than because of any real ability to render services, it was an abuse of discretion to require him to pay $105.00 in cash and $30 per month additional until the termination of the divorce case.                    *Judgment reversed.*

August 24, 1896.

Application for alimony. Before Judge Kimsey. Habersham county. April 13, 1896.

*W. I. Pike,* for plaintiff in error. *Jones & Bowden, J. C. Edwards* and *G. P. Erwin,* contra.